# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05   657

TO: _Yesha Abraham_ SBI#: _201310_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _August 24, 2005_

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _February 1, 2005_ to _July 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 4.73 |
| March | 4.73 |
| April | 13.63 |
| May | 0 |
| June | 0 |
| July | 0 |

Average daily balances/6 months: _3.80_

Attachments
CC: File

_Stacy Shane_
8/24/05

Notary public
_[signature]_
8/26/05

# Individual Statement - No Transactions This Month

Date Printed: 8/23/2005  Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.73 |
|---|---|---|---|---|---|---|
| 00201310 | Abraham | Yesha | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $4.73 |

## Individual Statement - No Transactions This Month

Date Printed: 8/23/2005            Page 1 of 1

### For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.73 |
|---|---|---|---|---|---|---|
| 00201310 | Abraham | Yesha | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $4.73 |
|---|---|---|---|---|---|---|

# Individual Statement

Date Printed: 8/23/2005                                                                 Page 1 of 1

### For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.73 |
|---|---|---|---|---|---|---|
| 00201310 | Abraham | Yesha | | | | |

Current Location:  23          Comments:  Kenneth Brooks

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/7/2005 | $20.00 | $0.00 | $0.00 | $24.73 | 91363 | 8231260252 | | S. HAWSOR |
| Canteen | 4/21/2005 | ($19.83) | $0.00 | $0.00 | $4.90 | 97308 | | | |
| Canteen | 4/28/2005 | ($4.90) | $0.00 | $0.00 | $0.00 | 99293 | | | |

Ending Mth Balance:  $0.00

## Individual Statement - No Transactions This Month

Date Printed: 8/23/2005                                                                                   Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00201310 | Abraham | Yesha | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 8/23/2005  Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00201310 | Abraham | Yesha | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

# Individual Statement

Date Printed: 8/23/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00201310 | Abraham | Yesha | | | | |

Current Location: 23

Comments: Kenneth Brooks

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 7/28/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 137289 | | 7/21/05 | |

Ending Mth Balance: $0.00