(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) YES-HA ABRAHAM 00261310
(Name of Plaintiff) (Inmate Number)

DCC 1181 PADDOCK RD. SMYRNA, DE. 19977
(Complete Address with zip code)

(2) ______________________
(Name of Plaintiff) (Inmate Number)

______________________
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) WARDEN THOMAS CARROLL
(2) MEDICAL DIRECTOR DR. ALTEE
(3) MEDICAL ADMIN. AMY MUNSON
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

05 657
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (• • Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (• • Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? FILED INSTITUTION MEDICAL GRIEVANCE

2. What was the result? TIME EXPIRED. PURSUANT TO 4.4 INMATE GRIEVANCE PROCEDURE V.(C).

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: WARDEN THOMAS CARROLL

Employed as WARDEN at THE DE. CORR. CTR.

Mailing address with zip code: DE. CORR. CTR. 1181 PADDOCK RD. SMYRNA. DE. 19977

(2) Name of second defendant: MEDICAL DIRECTOR DR. ALTEE

Employed as MEDICAL DIRECTOR at DE. CORR. CTR.

Mailing address with zip code: DE. CORR. CTR. 1181 PADDOCK RD. SMYRNA. DE. 19977

(3) Name of third defendant: MEDICAL ADMIN. AMY MUNSON

Employed as MEDICAL ADMINISTRATOR at DE. CORR. CTR.

Mailing address with zip code: DE. CORR. CTR. 1181 PADDOCK RD. SMYRNA. DE. 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. ON JAN. 21ST. 2001. A CYST APPEARED ON THE PLAINTIFFS FOREHEAD AT WHICH TIME WAS THE SIZE OF A MATCH HEAD, AND HAD BECOME VERY SENSITIVE AND PAINFUL.
2. OVER THE LAST 4 1/2 YEARS THE PLAINTIFF HAS SUBMITTED MUTIPUL SICK CALL SLIPS AND MEDICAL GRIEVANCES AND THE MEDICAL DEPARTMENT HAS FAILED TO TREAT THIS PROBLEM.
3. AS OF SEPT 1ST, 2005, THE CYST HAS BECOME THE SIZE OF A GOLF BALL ON THE PLAINTIFFS FOREHEAD, AND THE PLAINTIFF IS IN CONSTANT PAIN AND THE MEDICAL DEPT. STILL FAILS TO HELP.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. ISSUE A PERMANANT INJUNCTION ORDERING DEFENDANTS. DR. ALIEE AND AMY MUNSON TO TAKE PLAINTIFF TO OUTSIDE HOSPITAL TO HAVE SITUATION TREATED BY OUTSIDE DOCTORS.

# Certificate of Service

I, Yes-Ha Abraham, hereby certify that I have served Two true and correct cop(ies) of the attached: § 1983 Civil Complaint Form(s) upon the following parties/person (s):

TO: Warden Thomas Carroll
Delaware Correctional Center.
1181 Paddock Rd.
Smyrna. De. 19977

TO: De. Center For Justice
100 W. 10th St
Suite # 905
Wilmington. De. 19801

TO: Medical Director
C/O: Dr. Altee
De. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977

TO: Medical Administrator
Amy Munson
De. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 1st day of September, 2005

x [signature] Ab'raham

2. THE SUM OF $50,000 JOINTLY AND SEVERLY AGAINST DEFENDANTS DR. ALTEE AND AMY MUNSON FOR THE PLAINTIFFS PHYSICAL AND EMOTIONAL PAIN. (COMPENSATORY DAMAGES)

3. THE SUM OF $25,000. JOINTLY AND SEVERLY AGAINST DEFENDANTS. THOMAS CARROLL, DR. ALTE AND AMY MUNSON FOR DELIBERATE INDIFFERENCE AGAINST PLAINTIFF. (PUNITIVE DAMAGES)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1ST day of SEPTEMBER, 2005.

X [signature]
(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)

I/M Yes-Ha Abraham
SBI# 00201310 UNIT MHU 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
MAILED FROM

U.S.M.S. X-RAY

United States District Court
Clerks Office
844 N. King St (Lockbox 18)
Wilmington, De. 19801