IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YESHA YAHUW BEN ABRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-657 JJF |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| DR. ALIEE, AND AMY MUNSON ) | |
| ) | |
| Defendant. ) | |

**AUTHORIZATION**

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Yesha Yahuw Ben Abraham, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $.77, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _September 19th,_ 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _September 19th_, 2005.

_Yesha Yahuw b. AB'raham_
Name of Plaintiff

*Legal Mail*

US Postage $00.370, SEP 20 2005, Mailed from ZIP Code 19977

IM Yusef Abdul Jabbar B. Abraham
SBI# 221310   UNIT MHU 28 ALT-T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware
19801-3570

*Legal Mail*