OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 5, 2006

TO: **Delaware Correctional Center**
 **ATTN: Business Office**
 **P.O. Box 500**
 **Smyrna, DE 19977**

 RE: Return of Check #11503 to DCC (CA 05-657-JJF)

Enclosed check in the amount of $2.00 is returned by the Clerk's Office without action. Inmate Yesha Yahuw Ben Abraham, SBI #201310, was relieved of the requirement to pay the remaining fees pursuant to the Court's order dated 4/26/06 (copy provided). A copy of our Financial ledger is also enclosed for your reference, indicating removal of the remaining balance of $202.20.

Please contact me directly if you have a question, at 302-573-6158.

/rbe

BY: _____
Ronald B. Eberhard
Intake Supervisor

Sincerely,

PETER T. DALLEO
CLERK

Attachment - DCC Check 11503 dated 4/20/06
cc: Financial Administrator
    CA 05-657 JJF (docket)
    Alpha File

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YESHA YAHUW BEN ABRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-657-JJF |
| | ) |
| WARDEN THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 20, 2005, the Court entered an order requiring Plaintiff to complete and return USM-285 forms for each Defendant, informing Plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or Defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 5);

WHEREAS, to date, none of the required USM-285 forms have been received from Plaintiff;

THEREFORE, at Wilmington this 26 day of April, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).  Plaintiff is not required to pay any previously assessed fees or the remaining

balance of the $250.00 filing fee.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

YESHA YAHUW BEN ABRAHAM V. CARROLL ET AL

|  |  | CA 05-657-JJF |  |  |
|  |  | CASE #1 |  |  |
| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
| 9/15/2005 |  |  |  | 250 |
| 1/20/2006 | PL5100 | 141980 | 47.8 | 202.2 |
| 4/26/2006 | PER ORDER JJF |  | 202.2 | 0 |
|  |  |  |  | 0 |
|  |  |  |  | 0 |
|  |  |  |  | 0 |
|  |  |  |  | 0 |
|  |  |  |  | 0 |
|  |  |  |  | 0 |

