In the United States District Court
for the District of Delaware

Yes-Hayahuw b. ab'raham
         Plaintiff,
v.

Warden Thomas Carroll;
medical Director Dr. S. Ali;
medical Admin. Amy Munson
         Defendants,

Civil Action No. 05-657
~~0005~~-JJF,

FILED
JUL 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Motion for Extension of Time

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, plaintiff moves for an extension of time to respond to the Order dated April 26th, 2006.

In support thereof, plaintiff states the following:

1. This is plaintiff's first request an extension of time for service and filing of the USM-285 forms.
2. Plaintiff is an inmate at the Delaware Correctional Center. He is indigent and cannot afford counsel; therefore at this stage of his case, he will have to proceed pro se.
3. Plaintiff has limited knowledge and experience in legal research and legal principles, which will be the focus of his case. Additionally, due to the limitations imposed by the institution on the use of the law

Library, he is unable to visit the Library facility consistently to properly research and prepare his case effectively.

4. The plaintiff was held at pre-hearing detention status for (2) two months without the benefit of active legal pleadings.

5. Another supporting fact is, the plaintiff only has a 10th grade education. The plaintiff is also socially and educationally maladjusted. And for this he has received occupational therapy.

For this reason the plaintiff had jail house lawyer assistance up until the plaintiff was placed in the SHU Housing Unit. Upon being placed in the SHU Housing Unit law library access was illiminated. Therefore, it is expected that the plaintiff will need more time to perfect his argument.

WHEREFORE, base upon the above rational, plaintiff respectfully moves this Honorable Court to grant his motion by extending the time for the plaintiff to respond to the Order issued April 26th, 2006.

Dated: 6/30/06

x  Yes-Ha'Yahuw b. ab'Raham
   Yes-Ha'Yahuw b. ab'Raham
   #201310 SHU 19 AU5
   1181 Paddock Road
   Smyrna, Delaware 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Yes-Hailahiw b. ab'Raham
Plaintiff

v.

Civil Action No:
05-675-JJF

Warden Thomas Carroll
Medical Director Dr. S. Ali
medical Admin. Amy Munson
Defendant(s)

ORDER

  IT IS HEREBY ORDERED, this ____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
   IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
   IT IS FURTHER ORDERED THAT

_____
_____
_____
_____

_____
Judge



IM Yusef-Hatshbun b. ab'raham
SBI# 201316    UNIT BHU/19 AUS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
03 JUL 2006 PM 2 T

Office of the Clerk
United States District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware
19801

Legal Mail