IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YESHA YAHUW BEN ABRAHAM, | : |
| Plaintiff, | : |
| v. | : Civ. No. 05-657-JJF |
| WARDEN CARROLL, et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff Yesha Yahuw Ben Abraham, a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, filed a Complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on December 20, 2005, the Court ordered Plaintiff to complete and return to the Clerk of the Court original U.S. Marshal 285 forms for each Defendant and the Attorney General for the State of Delaware, and to provide copies of the Complaint for service upon Defendants and the Attorney General within 120 days from the date of the Order or face the possibility of dismissal (D.I. 5);

WHEREAS, on April 26, 2006, when Plaintiff had not timely submitted the required forms, the Court dismissed the case without prejudice (D.I. 6);

WHEREAS, on July 11, 2006, Plaintiff filed a Motion for Extension of Time to submit the USM-285 forms advising the Court that he has limited experience in the law and that he was held in

detention which prevented him from filing the required documents (D.I. 8);

THEREFORE, at Wilmington this 24 day of October, 2006, IT IS ORDERED that:

1. The Motion for Extension of Time (D.I. 8) is **GRANTED**. Plaintiff shall file the appropriate USM-285 forms and copies of the Complaint as previously ordered, within **30 days** from the date of this Order. **Plaintiff is placed on notice that no further extensions will be granted and that failure to comply with this Order may result in the case being dismissed without prejudice.**

2. The previously assessed $250.00 filing fee is reinstated and Plaintiff shall pay the balance of the fee due and owing. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

*[Signature]*
UNITED STATES DISTRICT JUDGE