OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 14, 2006

TO: Yesha Yahuw Ben Abraham
SBI #201310
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #*05-657(JJF)

Dear Mr. Abraham:

    Please be advised that this office has received the USM forms for all defendants except for the Attorney General. Please submit a USM 285 form for the Attorney General to the Clerk's Office for Attorney General of the State of Delaware, 820 NORTH FRENCH STREET, WILMINGTON, DELAWARE 19801.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                      PETER T. DALLEO
                         CLERK

cc: The Honorable Joseph J. Farnan, Jr.