IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

YESHA YAHUW BEN ABRAHAM, :
                     :
        Plaintiff,     :
                     :
    v.                 :   Civ. Action No. 05-657-JJF
                     :
WARDEN THOMAS CARROLL,   :
DR. ALIE, and AMY MUNSON,:
                     :
        Defendants.    :

## ORDER

At Wilmington this ___23___ day of April, 2007, the Complaint in the above-captioned case having been filed on September 6, 2006, Plaintiff having been ordered on October 24, 2006, to submit a USM-285 form for the Delaware Attorney General, and the Clerk of Court on November 14, 2006, again requesting from Plaintiff the USM-285 form for the Delaware Attorney General (D.I. 2, 9, 10);

IT IS ORDERED that, on or before **May 17, 2007**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process upon the Delaware Attorney General, within 120 days of filing the Complaint, pursuant to Fed. R. Civ. P. 4(m).

                                  _____
                            UNITED STATES DISTRICT JUDGE