IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YESHA YAHUW BEN ABRAHAM, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 05-657-JJF |
| : | |
| WARDEN THOMAS CARROLL, : | |
| DR. ALIE, and AMY MUNSON, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this ___1___ day of June 2007, the Complaint in the above-captioned case having been filed on September 6, 2005, and Plaintiff having failed to respond and show cause why this case should not be dismissed for failure to serve process on the Delaware Attorney General as is required by statute, and Plaintiff having taken no action in this matter since November 13, 2006;

IT IS ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m) and for failure to prosecute this case. Plaintiff is not required to pay the balance of the filing fee owed. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

*[signature]*
UNITED STATES DISTRICT JUDGE